**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――――x

| | |
|---|---|
| GARY BRADSHAW, on behalf of himself and all others similarly situated,, | Civil Action No. 1:23-CV-00468 |
| Plaintiff, | |
| -against- | |
| CIRCA LIGHTING LLC d/b/a VISUAL COMFORT & CO., | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| Defendants. | |

―――――――――――――――――――――――――x

Plaintiff, Gary Bradshaw, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice against all named Defendants.

Dated: March 15, 2022

By: _____
Gabriel A. Levy, Esq.
*Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd. Suite 404
Manhasset, NY 11030
(347) 941-4715
Glevy@glpcfirm.com